UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JB D., JR.,                                    )
                                              )
                        Plaintiff,            )
                                              )
            v.                                )        No. 1:18-cv-04055-SEB-TAB
                                              )
ANDREW M. SAUL Commissioner of the Social     )
Security Administration,                      )
                                              )
                        Defendant.            )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date:  _8/26/2019_                          _Sarah Evans Barker_
                                           SARAH EVANS BARKER, JUDGE
                                           United States District Court
                                           Southern District of Indiana

Distribution:

JB DICKERSON, JR.
2215 Raintree Place
Anderson, IN 46011

Christie O'Brien Tate
SOCIAL SECURITY ADMINISTRATION
christie.tate@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov